IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REBECCA TRACEY** and **GEORGE TRACEY** Plaintiffs, v. **FREETIME, INC. d/b/a WHEEL FUN RENTALS** and **WHEEL FUN RENTALS** Defendants. | : : : : : : : : : : : : : : | CIVIL ACTION<br><br>No.: 18-cv-2923 |

# ORDER

**AND NOW**, this **1st** day of **March, 2019,** upon consideration of the Motion for Summary Judgement of Defendant, Freetime, Inc. d/b/a Wheel Fun Rentals *(Document #11)*, plaintiff's response, defendants reply and plaintiff's sur-reply and after oral argument of counsel, defendant's motion is denied.

                    **BY THE COURT:**

                    **/s/ Robert F. Kelly**
                    **SENIOR JUDGE**